66 A.3d 250

**WESTMORELAND INTERMEDIATE UNIT # 7, Respondent**

**v.**

**WESTMORELAND INTERMEDIATE UNIT # 7 CLASSROOM ASSISTANTS EDUCATIONAL SUPPORT PERSONNEL ASSOCIATION, PSEA–NEA, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 8, 2013.

## *ORDER*

PER CURIAM:

**AND NOW,** this 8th day of February 2013, the Application for Reconsideration filed by Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA–NEA is **GRANTED,** the Petition for Allowance of Appeal is **GRANTED,** and the Order of the Commonwealth Court dated July 8, 2009 is **VACATED.** This matter is **REMANDED** to the Commonwealth Court for reconsideration on the basis of *Philadelphia Housing Authority v. American Federation of State, County and Municipal Employees,* 617 Pa. 69, 52 A.3d 1117 (2012).